```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02939
   BRIAN BROWN
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-4262


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/21/2007 and was confirmed 04/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------------
                                                          INTEREST      PRINCIPAL
CREDITOR NAME                CLASS          CLAIM AMOUNT    PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    5950.00         174.67         249.57
CAPITAL ONE AUTO FINANCE  UNSECURED        1849.93            .00            .00
MATCO TOOLS               SECURED          3837.00          80.85         236.64
TASHA BARKSDALE           PRIORITY        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         125.05           .00            .00
TCF NATIONAL BANK         UNSECURED       NOT FILED          .00            .00
CENTRIX RESOURCE SYSTEM   UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED        3180.00           .00            .00
COMCAST                   UNSECURED       NOT FILED          .00            .00
CRESCENT BANK & TRUST     UNSECURED        2369.48           .00            .00
SPRINT COMMUNICATION      UNSECURED       NOT FILED          .00            .00
TCF NATIONAL BANK         UNSECURED       NOT FILED          .00            .00
ILL COLL SVC              UNSECURED       NOT FILED          .00            .00
EVERGREEN MEDICAL SPECIA  UNSECURED       NOT FILED          .00            .00
EVERGREEN MEDICAL SPECIA  UNSECURED       NOT FILED          .00            .00
EVERGREEN MEDICAL SPECIA  UNSECURED       NOT FILED          .00            .00
EVERGREEN MEDICAL SPECIA  UNSECURED       NOT FILED          .00            .00
PRONGER SMITH MEDICAL AS  UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
NCO COLLECTION AGENCY     UNSECURED       NOT FILED          .00            .00
ST FRANCIS HOSPITAL       UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED          .00            .00
RX ACQUISITIONS LC        UNSECURED       NOT FILED          .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED        9148.22           .00            .00
SALLIE MAE LSCF           UNSECURED       NOT FILED          .00            .00
SALLIE MAE LSCF           UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2009.05           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         761.07           .00            .00
PREMIUM ASSET RECOVERY C  UNSECURED         127.70           .00            .00
TASHA BARKSDALE           NOTICE ONLY     NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,399.00                         .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02939 BRIAN BROWN
```

```
TOM VAUGHN                    TRUSTEE                                        53.65
DEBTOR REFUND                 REFUND                                        150.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         945.38

PRIORITY                                                 .00
SECURED                                               486.21
     INTEREST                                         255.52
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   53.65
DEBTOR REFUND                                         150.00
                              ---------------   ---------------
TOTALS                          945.38                945.38
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE